# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 30, 2026

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130



      Re:  **Hain Celestial Group, et al.**
           **v. Sarah Palmquist, et al.**
           **No. 24-724 (Your docket No. 23-40197)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          M. Altner
          Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 30, 2026

Ms. Sarah Elaine Harrington, Esq.
Covington & Burling LLP
One CityCenter, 850 Tenth St. NW
Washington, D.C. 20001

Mr. Russell S. Post, Esq.
Beck Redden LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010

  **Re: Hain Celestial Group, et al.**
    **v. Sarah Palmquist, et al.**
    **No. 24-724**

Dear Counsel:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.

       Sincerely,

       SCOTT S. HARRIS, Clerk

       By

       M. Altner
       Assistant Clerk – Judgments

cc:  Clerk, 5th. Cir.
    (Your docket No. 23-40197)

# Supreme Court of the United States

No. 24–724

**THE HAIN CELESTIAL GROUP, INC., ET AL.,**

Petitioners,

*v.*

**SARAH PALMQUIST, INDIVIDUALLY AND AS NEXT FRIEND OF E.P., A MINOR, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

February 24, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States